IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Cr. No. 3:10-1212 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| James A. Beckham, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's motion to compel. ECF No. 116. The Government has responded in opposition. ECF No. 122. Defendant filed a reply to the Government's response. ECF No. 125.

The court has reviewed the record and has considered Defendant's motion and reply. Defendant has failed to establish a basis to compel Government action. Accordingly, Defendant's motion is **denied**.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
April 22, 2015

1